SUPPRESSED
FILED
APR 2 1 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-30054-SPM |
| ) | |
| JOSEPH ALBERT FUCHS, III, ) | |
| ) | Title 18, United States Code, |
| Defendant. ) | Sections 2422(b), 2423(b), (c), and (e) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### COERCION AND ENTICEMENT OF A MINOR

Beginning on or about November 2, 2017, and continuing until on or about July 17, 2019, in Saint Clair County, Illinois, within the Southern District of Illinois, the defendant,

**JOSEPH ALBERT FUCHS, III,**

did use, and attempted to use, a facility of interstate and foreign commerce knowingly to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual intercourse and other sexual activity for which any person could be charged with a criminal offense, namely, engaging in illicit sexual conduct in a foreign place, in violation of Title 18, United States Code, Section 2423(c). Specifically, beginning on or about November 2, 2017, the defendant used a computer and a cellular phone connected to the internet to chat over Facebook with MV-1, a 14-year old girl residing in the Philippines. During their ensuing chats, the defendant offered to travel to the Philippines to have oral and vaginal sex with MV-1, who he knew to be under sixteen years old. On or about February 14, 2018, the defendant traveled from Saint Clair County, Illinois, to the Philippines to meet MV-1 for sex. From on or about February 5, 2018, until on or about July 17, 2019, during and in furtherance of the offense, the defendant used PayPal and Xoom to send MV-1 over $1,000. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about February 14, 2018, in Saint Clair County, Illinois, within the Southern District of Illinois, the defendant,

**JOSEPH ALBERT FUCHS, III,**

a United States citizen, knowingly traveled in interstate and foreign commerce, from Saint Clair County, Illinois, to the Philippines, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, namely MV-1, a 14-year old girl residing in the Philippines. Specifically, while knowing that MV-1 had not yet attained the age of sixteen years, the defendant knowingly traveled to the Philippines for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with MV-1. At the time, the defendant was 50 years old. The sexual act that the defendant knowingly traveled with the purpose of engaging in would have violated Title 18, United States Code, Section 2423(a) if it had occurred in the special maritime and territorial jurisdiction of the United States. All in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3

### ENGAGING IN ILLICIT SEXUAL CONDUCT IN A FOREIGN PLACE

Between on or about February 14, 2018, and February 23, 2018, in Saint Clair County, Illinois, within the Southern District of Illinois, and elsewhere, the defendant,

**JOSEPH ALBERT FUCHS, III,**

a United States citizen whose last known residence is in the State of Illinois, traveled in foreign commerce from the United States to the Philippines and engaged in, and attempted to engage in, illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MV-1, a 14-year old girl residing in the Philippines. Specifically, while knowing that MV-1 had not yet attained the age of sixteen years, the defendant knowingly engaged in, and attempted to engage in, a sexual act, as defined in Title 18, United States Code, Section 2246(2), with MV-1. At the time, the defendant was 50 years old. The sexual act that the defendant knowingly engaged in and attempted to engage in with MV-1 would have violated Title 18, United States Code, Section

2423(a) if it had occurred in the special maritime and territorial jurisdiction of the United States. All in violation of Title 18, United States Code, Section 2423(c) and (e).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1 through 3 of this Indictment,

**JOSEPH A. FUCHS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2248, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property, real or personal, used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred in the paragraph above includes, but is not limited to, the following items seized:

1. A HP Elitebook 850G3 bearing serial number 5CG7334BK5
2. A Google Nexus 5 phone bearing IMEI 353626072700417
3. An Apple iPhone 8 IMEI 356079094113119

A TRUE BILL

ALEXANDRIA BURNS
Assistant United States Attorney

NATHAN D. STUMP
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.04.19 15:20:07 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

3